# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VOLUNTEER CROSSING LLC, | Case No.: 2:24-cv-01433-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| COUNTY OF CLARK, | |
| Defendant | |
| And 32 ACRES, LLC, | |
| Nominal Defendant. | |

To screen for potential conflicts,

I ORDER that **by August 14, 2024**, all parties, including nominal defendant 32 Acres, LLC, shall identify all persons or corporations who have an interest in the outcome of this litigation, including each member of Voluntary Crossing LLC and 32 Acres, LLC. If any of the limited liability companies' members are also limited liability companies, the parties shall identify each of those members, and so on, until all interested parties are identified as natural persons or corporations.

DATED this 8th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE