UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VOLUNTEER CROSSING LLC, | Case No.: 2:24-cv-01433-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| COUNTY OF CLARK, | |
| Defendant | |
| And 32 ACRES, LLC, | |
| Nominal Defendant. | |

I previously ordered the parties to identify all persons or corporations who have an interest in the outcome of this litigation, including each member of Volunteer Crossing LLC and 32 Acres, LLC. ECF No. 5. I advised the parties that if any of the limited liability companies' members are also limited liability companies, the parties shall identify each of those members, and so on, until all interested parties are identified as natural persons or corporations. Id. Plaintiff Volunteer Crossing, LLC filed a certificate of interested parties, but it did not identify each of its members as directed. ECF No. 7.

I THEREFORE ORDER that plaintiff Volunteer Crossing, LLC's certificate of interested parties (ECF No. 7) is STRICKEN.

I FURTHER ORDER that **by August 30, 2024**, plaintiff Volunteer Crossing, LLC shall file a certificate of interested parties that complies with my prior order and this order.

DATED this 15th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE