# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VOLUNTEER CROSSING LLC,<br><br>    Plaintiff<br><br>v.<br><br>COUNTY OF CLARK,<br><br>    Defendant<br><br>And 32 ACRES, LLC,<br><br>    Nominal Defendant.<br><br>COUNTY OF CLARK,<br><br>    Third Party Plaintiff<br><br>v.<br><br>32 ACRES, LLC<br><br>    Third Party Defendant | Case No.: 2:24-cv-01433-APG-DJA<br><br>**Order** |

I previously ordered the parties to identify all persons or corporations who have an interest in the outcome of this litigation, including each member of Volunteer Crossing LLC and 32 Acres, LLC. ECF No. 5. I advised the parties that if any of the limited liability companies' members are also limited liability companies, the parties shall identify each of those members, and so on, until all interested parties are identified as natural persons or corporations. *Id.* Third party defendant 32 Acres, LLC filed a certificate of interested parties, but it did not identify each of its members as directed. ECF No. 20.

I ORDER that **by October 11, 2024**, third party defendant 32 Acres, LLC shall file a certificate or notice that complies with my prior order and this order.

DATED this 27th day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE