Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John J. Savage, Esq.
Nevada Bar No. 11455
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jjs@h2law.com

*Attorneys for Plaintiff*
*Volunteer Crossing LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VOLUNTEER CROSSING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK, a political Subdivision of the State of Nevada; DOES 1 through 10, inclusive; ROE ENTITIES 1 through 10, inclusive,<br><br>Defendants.<br><br>And 32 ACRES, LLC, a Nevada limited liability company,<br><br>Nominal Defendant.<br><br>AND ALL RELATED COUNTER CLAIMS AND THIRD-PARTY CLAIMS | Case No. 2:24-cv-01433-APG-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES TO FILE RESPONSE TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND REPLY BRIEF**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff Volunteer Crossing, LLC ("Volunteer"), Defendant Clark County ("Clark County"), and Nominal Defendant 32 Acres, LLC ("32 Acres"), hereby agree and stipulate, and respectfully seek the Court's permission, to extend the deadlines for: (a) Volunteer to file a Response to Clark County's Motion for Partial Judgment on the Pleadings (ECF No. 45) by seven (7) days, up to and including September 18, 2025; and (b) Clark County and 32 Acres to file a Reply brief by seven (7) days, up to and including October 1, 2025. This is the parties' first requested extension of these deadlines.

The parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| OLSON CANNON & GORMLEY | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| By: */s/ Thomas D. Dillard Jr.*<br>Thomas D. Dillard, Jr., Esq.<br>Nevada Bar no. 6270<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br>Tel. (702) 384-4012<br>Email: tdillard@ocgattorneys.com<br><br>*Attorneys for Defendant*<br>*Clark County, Nevada* | By: */s/ Jonathan W. Fountain*<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>John J. Savage, Esq.<br>Nevada Bar No. 11455<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 257-1483<br>Email: jwf@h2law.com<br>Email: jjs@h2law.com<br><br>*Attorneys for Plaintiff*<br>*Volunteer Crossing, LLC* |

Womble Bond Dickinson LLP

By: */s/ Ogonna M. Brown*
Ogonna M. Brown, Esq.
Nevada Bar No. 789
Trent L. Earl, Esq.
Nevada Bar No. 15214
3993 Howard Hughes, Pkwy., Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Email: Ogonna.brown@wbd-us.com
Email: Trent.earl@wbd.-us.com

*Attorneys for Defendant*
*32 Acres, LLC*

IT IS SO ORDERED:

Dated: September 11, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4922-4251-8631, v. 1