Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John J. Savage, Esq.
Nevada Bar No. 11455
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jjs@h2law.com

*Attorneys for Plaintiff*
*Volunteer Crossing LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VOLUNTEER CROSSING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK, a political Subdivision of the State of Nevada; DOES 1 through 10, inclusive; ROE ENTITIES 1 through 10, inclusive,<br><br>Defendants.<br><br>And 32 ACRES, LLC, a Nevada limited liability company,<br><br>Nominal Defendant.<br><br>_____<br><br>AND ALL RELATED COUNTER CLAIMS AND THIRD-PARTY CLAIMS | Case No. 2:24-cv-01433-APG-MDC<br><br>**STIPULATION AND ORDER TO DISMISS NOMINAL DEFENDANT AND THIRD PARTY DEFENDANT 32 ACRES, LLC** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant Volunteer Crossing, LLC ("Volunteer") and Defendant, Counterclaimant, and Third Party Plaintiff County of Clark ("Clark County"), hereby agree and stipulate to dismiss Nominal Defendant and Third Party Defendant 32 Acres, LLC ("32 Acres") from this action without prejudice and without an award of attorneys' fees or costs made to any party.

**IT IS SO AGREED AND STIPULATED:**

OLSON CANNON & GORMLEY

By: /s/ Thomas D. Dillard, Jr.
Thomas D. Dillard, Jr., Esq.
Nevada Bar no. 6270
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Tel. (702) 384-4012
Email: tdillard@ocgattorneys.com

*Attorneys for Clark County, Nevada*

WOMBLE BOND DICKINSON LLP

By: /s/ Ogonna M. Brown
Ogonna M. Brown, Esq.
Nevada Bar No. 789
Trent L. Earl, Esq.
Nevada Bar No. 15214
3993 Howard Hughes, Pkwy., Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Email: Ogonna.brown@wbd-us.com
Email: Trent.earl@wbd.-us.com

*Attorneys for 32 Acres, LLC*

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John J. Savage, Esq.
Nevada Bar No. 11455
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jjs@h2law.com

*Attorneys for Volunteer Crossing, LLC*

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 18, 2025

4932-8680-1770, v. 1