Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John J. Savage, Esq.
Nevada Bar No. 11455
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jjs@h2law.com

*Attorneys for Plaintiff*
*Volunteer Crossing LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VOLUNTEER CROSSING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK, a political subdivision of the State of Nevada, and 32 ACRES, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01433-APG-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF CASE MANAGEMENT DEADLINES**<br><br>**(Third Request)** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), LR IA 6-1, LR IA 6-2, and LR 26-3, Plaintiff Volunteer Crossing, LLC ("Volunteer"), Defendant Clark County ("Clark County"), and Nominal Defendant 32 Acres, LLC ("32 Acres") hereby agree and stipulate, and respectfully seek the Court's permission, to extend the remaining case management deadlines set forth in the Stipulation and Order for Extension of Case Management Deadlines (ECF No. 44) by one hundred and twenty (120) days. This is the parties' third requested extension of case management deadlines. In support of their stipulation and request, the parties state as follows:

**I.    The Discovery Completed to Date – LR 26-3(a).**

The parties have completed the following discovery to date:[1]

    a.   Rule 26 Disclosures:

        i.   Volunteer:

---

[1] Bold font indicates discovery completed since the parties' last request.

1

4938-7779-6980, v. 1

1. Volunteer served its initial Rule 26(a)(1)(A) disclosures and documents VC-00000001 through VC-00000197 on October 28, 2024.

2. Volunteer served its first supplemental Rule 26(a)(1)(A) disclosures and document VC-00000198.xls on April 25, 2025;

3. Volunteer served its Rule 26(a)(2) initial expert disclosure of Michael Kahaian on June 13, 2025;

4. Volunteer served its Rule 26(a)(2) initial expert disclosure of Luka Adamo on June 13, 2025;

5. **Volunteer served its second supplemental Rule 26(a)(1)(A) disclosures and documents VC-00000199 through VC-00001045; BAG-00001 through BAG-00030; KF-RESP-00001 through KF-RESP-00092; and MKA-RESP-00001 through MKA-RESP-00540; on August 23, 2025;**

6. **Volunteer served its third supplemental Rule 26(a)(1)(A) disclosures on August 28, 2025, updating its damages calculation;**

7. **Volunteer served its fourth supplemental Rule 26(a)(1)(A) disclosures and documents VC-00001046 through VC-0001049 on September 8, 2025;**

8. **Volunteer served its fifth supplemental Rule 26(a)(1)(A) disclosures and documents VC-0001050 through VC-0002003 on October 13, 2025; and**

9. **Volunteer served its sixth supplemental Rule 26(a)(1)(A) disclosures and documents VC-0002012 through VC-0002053 on October 13, 2025.**

ii. Clark County:

1. Clark County served its Rule 26(a)(1)(A) disclosures and

documents CC 0001 through CC 0102 on September 27, 2024;

2. Clark County served its first supplemental Rule 26(a)(1)(A) disclosures and documents CC 0103 through CC 0181 on January 14, 2025;

3. Clark County served its second supplemental Rule 26(a)(1)(A) disclosures and documents CC0182 through CC0553 on April 14, 2025;

4. Clark County served its third supplemental Rule 26(a)(1)(A) disclosures and documents CC0554 through CC1782 on April 21, 2025;

5. Clark County served its fourth supplemental Rule 26(a)(1)(A) disclosures, documents CC001783 through CC002126, and privilege log on June 27, 2025;

6. **Clark County served its fifth supplemental Rule 26(a)(1)(A) disclosures and documents RWPRIV000001 through RWPRIV000020 and SRPRIV00001 through SRPRIV000074 on July 30, 2025;**

7. **Clark County served its sixth supplemental Rule 26(a)(1)(A) disclosures and documents JJTEXTS000001 through JJTEXTS000006 on August 19, 2025;**

8. **Clark County served its seventh supplemental Rule 26(a)(1)(A) disclosures and documents CCAPP000001 through CCAPP000277 on August 29, 2025;**

9. **Clark County served its eighth supplemental Rule 26(a)(1)(A) disclosures and documents CCAPP000270 through CCAPP000281 on September 12, 2025; and**

10. **Clark County served its ninth supplemental Rule 26(a)(1)(A) disclosures and documents CC018892 through CC019120 on**

3

**October 10, 2025.**

b. 32 Acres:

    i. 32 Acres served its Rule 26(a)(1)(A) disclosures and documents ACRES 000001 through ACRES 000078 on October 9, 2024; and

    ii. 32 Acres served its first supplemental Rule 26(a)(1)(A) disclosures, documents ACRES 000079 through ACRES 000139, and privilege log on March 31, 2025.

c. Written Discovery:

    i. Volunteer:

        1. Volunteer served Clark County with its first requests for admissions, first set of interrogatories, and first requests for the production of documents on February 28, 2025;

            a. Clark County served its written responses to Volunteer's first requests for admissions on March 27, 2025.

            b. Clark County served its written responses to Volunteer's first set of interrogatories and first requests for the production of documents on April 14, 2025; and

            c. Clark County served its first supplemental responses to Volunteer's first requests for admissions on May 30, 2025.

        2. Volunteer served 32 Acres with its first requests for admissions, first set of interrogatories, and first requests for the production of documents on February 28, 2025;

            a. 32 Acres served its written responses to Volunteer's first request for admissions, first set of interrogatories, and first requests for the production of documents on March 31, 2025.

        3. Volunteer served Clark County with its second requests for the production of documents on May 23, 2025;

4938-7779-6980, v. 1

        a. Clark County served its written responses to Volunteer's second requests for the production of documents on June 27, 2025;

    4. **Volunteer served Clark County with its second set of interrogatories on October 10, 2025;**

    5. **Volunteer served Clark County with its third set of requests for the production of documents on October 10, 2025.**

  ii. Clark County:

    1. **Clark County served Volunteer with its first set of interrogatories and its first set of requests for the production of documents on September 11, 2025.**

        a. **Volunteer served its written objections and responses to Clark County's first set of interrogatories and its first requests for the production of documents on October 13, 2025.**

d. Depositions:

  i. Volunteer:

    1. **Volunteer took the deposition of Lori Terry on August 25, 2025;**

    2. **Volunteer took the deposition of Chandra Adair on October 14, 2025;**

    3. **Volunteer noticed the deposition of Martin Boyett for October 16, 2025, but has been informed that the deposition will need to be rescheduled; and**

    4. **Volunteer noticed the deposition of Clark County Commissioner Justin Jones to occur on October 27, 2025.**

  ii. Clark County:

    1. **Clark County has noticed the deposition of third party witness Chinsuk Kim to occur on November 4, 2025; and**

   **2. Clark County's counsel is working with Volunteer's counsel to schedule the depositions of Michael Dahl and David Edelblute.**

 e. Third-Party Discovery:

  1. Volunteer:

   a. Volunteer served a subpoena on HMC Land Surveying on or about May 30, 2025;

    i. **Responsive documents were produced on June 24, 2025;**

   b. Volunteer served subpoenas on Parachute ABCT, LLC and The Ina Trust on or about May 30, 2025 has served subpoenas on the following third parties:

    i. **Responsive documents were produced on July 31, 2025 and September 26, 2025;**

   c. Volunteer served a subpoena on MK Architecture on or about June 27, 2025;

    i. **Responsive documents were produced on July 7, 2025;**

   d. **Volunteer served a subpoena on The Office of Clark County Commissioner Justin Jones on or about July 15, 2025; and**

    1. **Responsive documents were produced on August 21, 2025.**

  2. Clark County:

   a. **Clark County has served a deposition subpoena on third party witness Chinsuk Kim for a deposition to occur on November 4, 2025**

**II.** **The Discovery that Remains to be Completed – LR 26-3(b).**

 The following discovery remains to be completed:

6

4938-7779-6980, v. 1

a. The depositions of party witnesses, including, without limitation, the following witnesses:[2]

    i. Vincent Queano;

    ii. Martin Boyett;

    iii. Justin Jones;

    iv. Mark Donohue;

    v. Robert Warhola;

    vi. Sherry Rose;

    vii. Eric Aros;

    viii. Jennifer Willeford;

    ix. Christopher Chong-Wong;

    x. Andrew Renter;

    xi. Antranette Scott;

    xii. Stuart Apollo;

    xiii. Ranae Holmes;

    xiv. Patricial Villa;

    xv. Christine Wirt;

    xvi. Jillee Opiniano-Rowland;

    xvii. David Edulbute; and

    xviii. Rule 30(b)(6) witnesses.

b. The depositions of non-party witnesses, including, without limitation:

    i. Parachute ABCT, LLC;

    ii. The Ina Trust/Chinsuk Kim/Todd Ferguson;

    iii. HMC Land Surveying/Mark G. Prewitt;

    iv. MK Architecture/Majed A. Khater;

    v. Lebene Ohene;

---

[2] This is not a comprehensive list and shall not limit a party from seeking to depose a witness who has yet to be identified. If a deposition shall result in the total number of depositions exceeding ten (10), the noticing party shall first seek and obtain leave of court prior to noticing the deposition. A Rule 30(b)(6) deposition shall count as one deposition notwithstanding the fact of multiple designees.

7

4938-7779-6980, v. 1

    vi. Pamaka Land Holdings, LLC;

    vii. Jay Brown

    viii. Village Pub Rule 30(b)(6) Witness;

    ix. Lee Haney; and

    x. Watkins Realty/Gary Watkins.

  c. The depositions of expert witnesses Michael Kahaian, Luke Adamo;

  d. The resolution of pending discovery disputes including those involving:

    i. The sufficiency of Clark County's responses to Volunteer's written discovery requests, the sufficiency of its privilege log, and the sufficiency of its document production; and

    ii. Clark County's assertions of the attorney-client and attorney work-product privileges over documents and information Volunteer contends Clark County has put at issue and/or with respect to which Volunteer maintains Clark County has waived any objection and/or claim of privilege.

**III. The Reasons Why Prior Deadlines Were Not Met or Cannot be Met – LR 26-3(c).**

The parties seek an extension of the remaining case management deadlines for the following reasons.

First, it has been difficult to schedule depositions on dates that are convenient for all parties and their counsel due to the number of potential witnesses and the summer travel schedule of the parties, counsel, and witnesses. For example, the depositions of Lori Terry, Chandra Adair, Martin Boyett, and Commissioner Jones have been noticed and rescheduled on multiple occasions to accommodate the schedules of the witnesses and counsel.

Second, on June 17, 2025, Magistrate Judge Albregts entered an order setting a scheduling conference to occur on September 4, 2025. (ECF No. 42.) During the period prior to the settlement conference, the parties did not aggressively pursue discovery to conserve party resources.

Third, during the period leading up to the settlement conference, the parties devoted a substantial amount of time to informal settlement effort.

Fourth, Volunteer and Clark County have been attempting to resolve certain discovery disputes informally, having participated in telephonic meet-and-confer conferences on July 30, 2025, August 7, 2025, and August 21, 2025, which have served to narrow, but not entirely resolve the parties' dispute. The parties may, therefore, need additional time to resolve their pending discovery dispute and, if necessary, file a motion to compel if they cannot resolve the dispute without the Court's intervention.

The parties seek an extension of one hundred and twenty (120) days in part to accommodate the upcoming holiday season.

The parties agree that the foregoing circumstances constitute good cause for the requested extension of case management deadlines.

## IV.  A Proposed Schedule for Completing All Remaining Discovery – LR 26-3(d).

The parties jointly propose the following schedule for completing remaining discovery:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Disclosures | Closed | N/A |
| Rebuttal Expert Disclosures | Closed | N/A |
| Discovery Cutoff | November 10, 2025 | March 10, 2026 |
| Dispositive Motions | December 10, 2025 | April 9, 2026 |
| Joint Pretrial Order | January 9, 2026 (unless one or more dispositive motions have been filed, in which case the date for filing the Joint Pretrial Order shall be thirty (30) days after entry of the Court's order resolving the last pending dispositive motion) | May 9, 2026 |

///

///

///

9

4938-7779-6980, v. 1

This is the parties' third request for an extension of the case management deadlines. This stipulation is made in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED.**

| OLSON CANNON & GORMLEY | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| By: /s/Thomas D. Dillard, Jr.<br>Thomas D. Dillard, Jr., Esq.<br>Nevada Bar no. 6270<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br>Tel. (702) 384-4012<br>Email: tdillard@ocgattorneys.com<br><br>*Attorneys for Clark County, Nevada* | By: /s/Jonathan W. Fountain<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>John J. Savage, Esq.<br>Nevada Bar No. 11455<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 257-1483<br>Email: jwf@h2law.com<br>Email: jjs@h2law.com<br><br>*Attorneys for Volunteer Crossing, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-20-25

10

4938-7779-6980, v. 1