**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VOLUNTEER CROSSING LLC,

Plaintiff

v.

COUNTY OF CLARK,

Defendant

Case No.: 2:24-cv-01433-APG-DJA

**Order Accepting Report and Recommendation and Denying Plaintiff's Motion to Amend**

[ECF Nos. 77, 84]

On September 9, 2026, Magistrate Judge Couvillier recommended that I deny plaintiff Volunteer Crossing LLC's motion to amend. ECF Nos. 77; 84. Volunteer did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 84) is accepted and plaintiff Volunteer Crossing LLC's motion to amend (ECF No. 77) is DENIED.

DATED this 25th day of September, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE